IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILBERT SPENCER, JR., on behalf of himself, individually, and all others similarly situated, | :<br>:   CIVIL ACTION<br>:<br>:   NO. 16-2589 |
| v. | : |
| COMCAST CORPORATION, ET AL. | : |

**O R D E R**

**AND NOW**, this   17th   day of    February   , 2017, upon consideration of Defendants' Motion to Dismiss Count VI of Plaintiff's Amended Complaint (ECF No. 12), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. Count VI of Plaintiff's Amended Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**